**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM IVY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 26-00152-KD-M** |
| | ) | |
| **BLESS OF GOD, LLC d/b/a STAY** | ) | |
| **STAY EXPRESS INN AND SUITES** | ) | |
| **and AKUUL TIWARI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT

In accordance with the Order issued this date approving the parties' settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff William Ivy and against Bless of God, LLC in the amount of $5,000, plus reasonable attorney's fees in the amount of $4,282.50, and $717.50 as costs.

Accordingly, this action is **DISMISSED with prejudice**.

**DONE** this **3rd day** of **September 2026.**

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**